```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 11695
   MICHAEL JOYNER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6333


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2008 and was not confirmed.

     The case was dismissed without confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------

COOK COUNTY TREASURER      SECURED            3776.00           .00           .00
OCWEN FEDERAL BANK         CURRENT MORTG          .00           .00           .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    60000.00            .00           .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED           .00           .00
SBC ILLINOIS               UNSECURED          651.68            .00           .00
BANK ONE                   UNSECURED        NOT FILED           .00           .00
CLERK OF THE CIRCUIT CT    NOTICE ONLY      NOT FILED           .00           .00
FIRST NATIONAL BANK OF M   UNSECURED        NOT FILED           .00           .00
GMAC                       UNSECURED         6341.75            .00           .00
MERRICK BANK               UNSECURED          599.91            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          777.14            .00           .00
HSBC BANK USA              NOTICE ONLY      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          859.98            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2014.11            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          477.65            .00           .00
ECAST SETTLEMENT CORP      UNSECURED          408.38            .00           .00
LVNV FUNDING               UNSECURED           47.93            .00           .00
LVNV FUNDING               UNSECURED          203.49            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          637.39            .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11695 MICHAEL JOYNER
```

```
                              ---------------      ---------------
TOTALS                                    .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```